446 A.2d 694

Commonwealth ex rel. Molnar v. Wallenstein, etc.

Appeal of Joseph Molnar.

Submitted November 18, 1981.   Martha Sperling, Assistant Public Defender, for appellant;  Michael Kane, District Attorney, for appellees.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

Order affirmed.